IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ROMNEI XAVIER LOPEZ DUGARTE,

Defendant.

**8:25CR242**

ORDER

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named defendant in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED that Casey Meek is appointed as attorney of record for the above-named defendant in this matter and shall forthwith register for electronic filing through PACER in accordance with the instructions available on the court's website under Forms > Attorney Admission, Pro Hac Vice. Upon completion of registration, counsel shall file a motion to proceed pro hac vice using the event "Admission Pro Hac Vice (CJA Only)."

IT IS FURTHER ORDERED that the requirement of NEGenR 1.7(g) that counsel pay a pro hac vice fee is waived. Accordingly, Thomas H. Johnson may appear in this matter without payment of the pro hac vice fee. All other requirements governing practice before this court remain applicable.

IT IS FURTHER ORDERED that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

IT IS FURTHER ORDERED that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Casey Meek.

DATED this 8th day of September, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge